■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAILEE F. MESSORE, Appellant. [18 NYS3d 898]—Appeal from a judgment of the County Court of Warren County (Hall Jr., J.), rendered November 15, 2012, convicting defendant upon her plea of guilty of the crime of criminal possession of a controlled substance in the third degree.

Judgment affirmed. No opinion.

Peters, P.J., Rose, Lynch and Clark, JJ., concur. Ordered that the judgment is affirmed.